**Donnell W. DURLEY, Appellant,**

v.

**ANHEUSER–BUSCH, INC., Appellee.**

No. 04–1255.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 29, 2004.

Decided Nov. 4, 2004.

Donnell W. Durley, Florissant, MO, pro se.

Robert J. Tomaso, Errin R. Braddock, Blackwell & Sanders, St. Louis, MO, for Defendant–Appellee.

Before RILEY, MCMILLIAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Donnell W. Durley appeals the district court's[1] denial of his reconsideration motion following dismissal of his Title VII action. Liberally construing his reconsideration motion as a Federal Rule of Civil Procedure 60(b) motion filed more than ten days after entry of final judgment, and liberally construing his appellate briefs, we conclude the district court did not abuse its discretion in denying reconsideration. *See Sanders v. Clemco Indus.,* 862 F.2d 161, 164–65, 169 (8th Cir.1988) (construing reconsideration motion filed more than 10 days after entry of judgment under Rule 60(b); appeal from denial of Rule 60(b) motion does not raise underlying judgment for review, and review is for abuse of discretion).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

**1.** The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.